# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

In re: Jeffrey S. Smith, Sr.       Case No:    06-30935
       Billie H. Smith                         Chapter 13

## REPORT OF DEPOSIT OF UNCLAIMED FUNDS

Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347, the Trustee herein submits a check payable to "Clerk, United States Bankruptcy Court" representing unclaimed funds to be deposited by the Clerk of Court into the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law. The unclaimed funds represent the dividend(s) due and payable to:

| **Creditor Name and Address** | **Amount of Dividend** |
|---|---|
| Custom Gutter<br>2919 Oak Lake Blvd<br>Midlothian, VA 23112 | $10.77 |

Date: <u>08-25-09</u>                                        /s/Carl M. Bates
                                                                 Carl M. Bates
                                                                 Chapter 13 Trustee